```
                                                              USDC SDNY
                                                              DOCUMENT
                                                              ELECTRONICALLY FILED
UNITED STATES DISTRICT COURT                                  DOC #:
SOUTHERN DISTRICT OF NEW YORK                                 DATE FILED: 4/16/2024
```

------------------------------------------------------------X
CHROME HEARTS LLC, a Delaware              :
Limited Liability Company,                 :
                                           :
                         Plaintiff,    :
                                           :
               -against-          :    23-CV-10440 (VEC)
                                           :
MILANO & J LLC, a New York Limited Liability : ORDER
Company; TABATHA PARSONS, an Individual;   :
and DOES 1-10, inclusive,                  :
                                           :
                                           :
                      Defendants.   :
------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      WHEREAS Defendants neither answered nor moved by the deadline to do so, so the Court ordered them to show cause why default judgment should not be entered against them, *see* Order, Dkt. 34;

      WHEREAS Plaintiff informed the Court that Defendant Tabatha Parsons, acting *pro se*, contacted Plaintiff's counsel and that the parties were attempting to resolve the matter informally, *see* Letter, Dkt. 36;

      WHEREAS the Court adjourned the show-cause hearing to Friday, April 19, 2024, at 10:00 A.M. to give Defendants time to find counsel and the parties time to resolve the matter informally, Order, Dkt. 37; and

      WHEREAS April 19 is no longer convenient for the Court;

      IT IS HEREBY ORDERED that the show-cause hearing scheduled for Friday, April 19, 2024, at 10:00 A.M. is ADJOURNED to **Friday, April 26, 2024, at 10:00 A.M.**

2

      IT IS FURTHER ORDERED that by no later than **Tuesday, April 23, 2024**, Plaintiff submit a status update letter regarding its discussions with Ms. Parsons;

      IT IS FURTHER ORDERED that Plaintiff serve a copy of this order on Defendants Tabatha Parsons and Milano & J LLC and file proof of service on the docket by not later than **Thursday, April 18, 2024**.

**SO ORDERED.**

**Date:  April 16, 2024**                                                      **VALERIE CAPRONI**
        **New York, New York**                                     **United States District Judge**